UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NOEL L. BROWN, *et al.*, | ) | CIVIL ACTION NO. 3:18-cv-0155 |
| Plaintiffs | ) | |
| | ) | (MANNION, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| WAYNE COUNTY | ) | |
| PENNSYLVANIA, *et al.*, | ) | |
| Defendants | | |

ORDER

On January 11, 2018, New York State inmate Noel L. Brown ("Plaintiff Brown"), Sheron A. Chambers ("Plaintiff Chambers"), Dryah K. Brown ("Plaintiff Dryah Brown"), Neija M. Brown ("Plaintiff Neija Brown"), and Nyia N. Brown ("Plaintiff Nyia Brown") (collectively "Plaintiffs") initiated this *pro se* civil rights action by filing a Complaint in the Eastern District of Pennsylvania against twenty-three (23) Defendants. (Doc. 4). To date Plaintiffs Chambers, Dryah Brown, Neija Brown, and Nyia Brown have not filed motions to proceed *in forma pauperis* or paid the filing fee.

Below the signatures of Plaintiffs Chambers, Dryah Brown, Neija Brown, and Nyia Brown, the Complaint states, "Plaintiffs all share the same address as pro se, plaintiff mr. Noel Brown." (Doc. 4, p. 32). It provides the following mailing address for these Plaintiffs:

        221 Frantz Road
        Broadheadsville, PA 18322

*Id.* Plaintiff Brown asks, however, that all future correspondence be delivered to him at the Manhattan Detention Complex. *Id.* This, the Court cannot do.

"In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." 28 U.S.C. § 1654. Plaintiff Brown is not permitted to conduct this litigation on behalf of the other named Plaintiffs. Each Plaintiff must complete and sign their own motion to proceed *in forma pauperis*. A non-lawyer cannot sign any motion on their behalf. Furthermore, any named Plaintiff under the age of eighteen is not permitted to proceed *pro se* and instead must be represented by an attorney. A parent who is not a lawyer cannot represent his or her child in federal court. *Osei-Afriyie v. Med. Coll. Of Pa.*, 937 F.2d 876, 882-83 (3d Cir. 1991).

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs Chambers, Dryah Brown, Neija Brown, and Nyia Brown shall each either file a completed motion requesting leave of court to proceed *in forma pauperis* or each pay the required $400.00 filing fee on or before **May 10, 2019**.

Failure to file a completed motion for leave to proceed *in forma pauperis* or pay the fee may result in the dismissal of Plaintiffs Chambers, Dryah Brown, Neija Brown, and Nyia Brown's claims.

 (2) The Clerk of Court is directed to send four (4) copies of the Court's application to proceed in forma pauperis to the address provided by Plaintiff's Chambers, Dryah Brown, Neija Brown, and Nyia Brown.

Date: April 10, 2019       BY THE COURT

              *s/William I. Arbuckle*
              William I. Arbuckle
              U.S. Magistrate Judge