UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAR 2 4 2021
PER _____
DEPUTY CLERK

NOEL BROWN

Write the full name of each plaintiff or petitioner.

Case No. 3:18 cv 00155-MEM

-against-

WAYNE COUNTY PENNSYLVANIA, ET AL.,

Write the full name of each defendant or respondent.

NOTICE OF MOTION

TO SET ASIDE JUDGEMENT FOR FRAUD ON THE COURT.

PLEASE TAKE NOTICE that  PLAINTIFF   NOEL BROWN
                        plaintiff or defendant   name of party who is making the motion

requests that the Court 1. GRANT RELIEF UNDER 28 U.S.C. §1655 TO A PLAINTIFF WHO WAS NOT PERSONALLY NOTIFIED OF THEIR ACTION.
2. REINSTATE THE ABOVE CAPTIONED COMPLAINT, AND SET A TRIAL DATE TO ADJUDICATE PLAINTIFFS NONE FRIVOLOUS TRAVERSE. UNDER FED.R.CIV.P.60

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☒ the following additional documents: COPIES OF THE DOCUMENT NUMBER AND EP PRINT DATE AND TIME. THE EP PRINT DATE, AND COPY OF THE US POSTAGE DATE MAILED 03/15/2021. A FULL THIRTY DAYS AFTER THE COURT FEB 15TH 2021 ORDER.

Dated 03/18/2021        Signature _____

NOEL BROWN              MW0387
Name                    Prison Identification # (if incarcerated)

SCI.SOMERSET 1600 WALTER MILL RD SOMERSET PA. 15510
Address                        City            State       Zip Code

Telephone Number (if available)     E-mail Address (if available)

SDNY Rev: 5/24/2016

Smart Communications/PADOC
SCI- SOMERSET
Name NOEL BROWN
Number MW0387
PO Box 33028
St Petersburg FL 33733

PA Dept of Corrections
INMATE MAIL

TO: UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVE
P.O. BOX 1148
SCRANTON, PA 18501

RECEIVED
SCRANTON
MAR 24 2021
PER _____
DEPUTY CLERK