UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

NOEL BROWN, ET. AL.,

    Plaintiff

-against-                      Case No. 3:18-CV-00155-MEM-WIA

WAYNE COUNTY, ET. AL.,

    Defendants             <u>**NOTICE OF MOTION**</u> TO <u>REINSTATE COMPLAINT</u>

PLEASE TAKE NOTICE that PLAINTIFF: **NOEL BROWN**,

Request that the Court: REINSTATE THE ABOVE TITLED COMPLAINT.

FILED
SCRANTON
MAR 2 4 2021
PER _____ DEPUTY CLERK

In support of this motion, I submit the following documents: BRIEF

03/18/2021

NOEL BROWN       MW0387

SCI. SOMERSET

1600 WALTERS MILL ROAD

SOMERSET, PA 15510                        SIG: _____

Case Number: 3:18-cv-00155-MEM Document Number: 94 User: EP Printed: 3/15/2021 4:37:05 PM

NOEL L. BROWN
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE
SCI Somerset
MW0387
1600 Walters Mill Road
Somerset, PA 15510


(3) Wayne Defendants' motion to dismiss, (Doc. 70), is **GRANTED** and the claims against them are **DISMISSED with prejudice**;

(4) Plaintiff's federal claims against all other defendants are **DISMISSED with prejudice**;

(5) The court declines to retain supplemental jurisdiction over Plaintiff's remaining state law claims and those claims are **DISMISSED without prejudice**;

(6) Plaintiff's motion to strike Wayne Defendant's brief in opposition, (Doc. 90), is **DENIED**; and

(7) The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 15, 2021**
18-155-04

Smart Communications/PADOC

SCI- SOMERSET

Name NOEL BROWN

Number MW0387

PO Box 33028

St Petersburg FL 33733

PA Dept of Corrections
INMATE MAIL

TO: UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

235 NORTH WASHINGTON AVE

P.O. BOX 1148

SCRANTON, PA 18501

U.S. POSTAGE >> PIT
$ 000.71
ZIP 15510
02 1W
0001397502 MAR 22 2021

RECEIVED
SCRANTON
MAR 24 2021
PER _____
DEPUTY CLERK