UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

NOEL BROWN, ET. AL.,

    Plaintiff

-against-　　　　　　　　　　　　　　Case No. 3:18-CV-00155-MEM-WIA

WAYNE COUNTY, ET. AL.,

    Defendant

FILED SCRANTON MAR 2 4 2021 PER [signature] DEPUTY CLERK

### BRIEF IN SUPPORT OF REINSTATEMENT OF COMPLAINT

AND NOW, THIS 18th day of March 2021. LOCAL RULE allows the moving party to file a reply brief to the opposing party's brief in opposition within (14) days of service of the opposing brief. However, a reply brief is not mandatory, and the failure to file one will not alone result in adverse action by the court. Plaintiff filed objection to the second report (Doc 89). Wayne county defendants filed a brief in opposition to plaintiff's objections (Doc 90). Plaintiff responded with a motion to strike Wayne county defendants brief in opposition (Doc 91), as well as brief in support, (Doc 92). Wayne county defendants without first asking the court permission to do so, (Doc 93). A brief in reply to matters argued in a brief in opposition may be filed by the moving party within (14) days after service of the brief in opposition."No further briefs may be filed without leave of court. Plaintiff did not file a reply brief, because reply brief is not mandatory and matters had already been argued in the previous brief in opposition. HOWEVER, defendants did not have leave of court for their second brief in opposition (Doc 93).

WHEREFORE, the court should re-instate plaintiff complaint without prejudice.

Respectfully Submitted,

[signature]

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

NOEL BROWN,

       Plaintiff

  V.                                     CASE NO.3:18CV00155-MEM

WAYNE COUNTY PENNSYLVANIA, ET AL.,

## CERTIFICATE OF SERVICE

I CERTIFY THAT COPIES OF THE PLAINTIFFS MOTIONS AND DOCS WAS MAILED ON THIS DAY VIA U.S.MAIL TO THE FOLLOWING DEFENDANTS LISTED BELOW:

ALEXANDER KORN

OFFICE OF THE ATTORNEY GENERAL

15TH FLOOR, STRAWBERRY SQ

HARRISBURG, PA 17120


GERARD J. GEIGER

712 MONROE STREET

P.O. BOX 511

STROUDSBURG, PA 18360


03/18/2021                                                    Respectfully Submitted,

**Smart Communications/PADOC**
**SCI-** SOMERSET
**Name** NOEL BROWN
**Number** MW0387
**PO Box** 33028
**St Petersburg FL 33733**

PA Dept of Corrections
INMATE MAIL.

TO: UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVE
P.O. BOX 1148
SCRANTON, PA 18501

RECEIVED
SCRANTON
MAR 24 2021
PER _____
DEPUTY CLERK

U.S. POSTAGE >> PITNEY BOWES
ZIP 15510
02 1W
0001397502 MAR 22 2021
$ 000.71