### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOEL L. BROWN, et al.** | : | |
| Plaintiffs | : | **CIVIL ACTION NO. 3:18-155** |
| v. | : | **(MANNION, D.J.)** |
| | | **(ARBUCKLE, M.J.)** |
| **WAYNE COUNTY PENNSYLVANIA, et al.** | : | |
| | : | |
| **Defendants** | | |
| | : | |

## ORDER

Presently before the court is the plaintiff Noel L. Brown's document that the Court will construe as a Notice of Appeal. (Doc. 100).

The Clerk shall docket the Notice of Appeal as of January 6, 2022 and forward to the United States Court of Appeals for the Third Circuit.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 18, 2022**
18-155-07